Opinion by JOHNSON, J. At the trial, the collector's memorandum was offered in evidence wherein it is stated that, following the customs regulations, the merchandise would now be liquidated free of duty under paragraph 1607 and that, the collector's period of review having expired, he would have no objection to a stipulation to that effect. On the record presented, the claim of the plaintiff was sustained.

**No. 59214.**—Joseph Horne Co. v. United States, protests 185703–K, 187319–K, and 192334–K (Pittsburgh).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59215.**—Burt Gift Shop v. United States, protests 218938–K and 233956–K (Pittsburgh).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59216.**—Wilbur-Ellis Company v. United States, protest 217067–K (New York).

Opinion by JOHNSON, J. It was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of 90 cartons of solid tuna fish in lot No. 158, covered by entry 745569, reported by the inspector as manifested, not found, was in fact not received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.